1  CHRISTOPHER J. HICKS
   Washoe County District Attorney
2
   MICHAEL W. LARGE
3  Deputy District Attorney
   Nevada State Bar Number 10119
4  One South Sierra Street
   Reno, NV  89501
5  mlarge@da.washoecounty.gov
   (775) 337-5700
6
   ATTORNEYS FOR WASHOE COUNTY
7

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10                       * * *

11 KIMBERLEY FRANKEL,

12          Plaintiff,                Case No.  3:24-cv-00161-MMD-CSD

13     vs.                            ORDER GRANTING
                                      STIPULATION TO EXTEND DATE TO
14 WASHOE COUNTY; and its division    FILE STIPULATION OF DISMISSAL
   WASHOE COUNTY SHERIFF'S OFFICE;
15 DARIN BALAAM, individually and in his
   capacity as Sheriff of Washoe County; CATHY
16 HILL, individually and in her capacity as an
   employee of Washoe County; GREGORY
17 HERRERA (Ret.) individually and in his
   capacity as an employee of Washoe County,
18 and DOES 1 through 20,

19          Defendants.
   _____/
20

21        Plaintiff Kimberley Frankel and Defendants Washoe County and its division the Washoe

22 County Sheriff's Office, Darin Balaam, individually and in his capacity as Sheriff of Washoe

23 County; Cathy Hill, individually and in her capacity as an employee of Washoe County; Gregory

24 Herrera (Ret.) individually and in his capacity as an employee of Washoe County, hereby

25 stipulate to extend the date to file a Stipulation of Dismissal of this action.

26 //

                              -1-

On June 6, 2024, this Court entered a minute order stating that a joint stipulation to dismiss is due by July 8, 2024, based on Plaintiff's acceptance of Defendants' offer of judgment. On June 25, 2024, the Washoe County Board of Commissioners approved payment of settlement amount to Ms. Frankel in compliance with Nevada's Open Meeting Law.  The settlement check was issued on July 3, 2024, and been sent certified mail to Ms. Frankel; however, it has not yet been received.  Accordingly, the parties hereby request that this Court grant an extension until July 15, 2024 to file a stipulation for dismissal with prejudice in accordance with this Court's Order.

DATED this 8th day of July, 2024.

By:   /s/ Ronald J. Dreher
Ronald J. Dreher, Esq.
P.O. Box 6494
Reno, NV 89513
(775) 846-9804
ron@dreherlaw.net
*Attorney for Plaintiff*

By:    /s/ Michael W. Large
Christopher J. Hicks
District Attorney
Michael W. Large
Deputy District Attorney
One South Sierra Street
Reno, NV 89501
mlarge@da.washoecounty.gov
(775) 337-5700
*Attorney for Defendants*

**ORDER**

IT IS SO ORDERED.

DATED this __9th__ day of July, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

<u>CERTIFICATE OF SERVICE</u>

Pursuant to FRCP 5(b), I certify that I am an employee of the Office of the District Attorney of Washoe County, over the age of 21 years and not a party to nor interested in the within action.  I certify that on this date, the foregoing was electronically filed with the United States District Court.  Electronic service of the foregoing document shall be made in accordance with the Master Service List as follows:

RONALD J. DREHER, ESQUIRE

Dated this 8th day July, 2024.

/s/ S. Haldeman
S. Haldeman