Ronald J. Dreher, Esq.
Nevada Bar No. 15726
P.O. Box 6494
Reno, NV 89513
775-846-9804
ron@dreherlaw.net
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLEY FRANKEL,<br><br>        Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY; and its division WASHOE COUNTY SHERIFF'S OFFICE; DARIN BALAAM, individually and in his capacity as Sheriff of Washoe County; CATHY HILL, individually and in her capacity as an employee of Washoe County; GREGORY HERRERA (Ret.) individually and in his capacity as an employee of Washoe County; and DOES 1 through 20,<br><br>        Defendants.<br>_____/ | Case No.: 3:24-cv-00161-MMD-CSD<br><br>**ORDER GRANTING STIPULATION FOR ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE** |

      Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Kimberley Frankel and Defendants Washoe County and its division the Washoe County Sheriff's Office, Darin Balaam, individually and in his capacity as Sheriff of Washoe County; Cathy Hill, individually and in her capacity as an employee of Washoe County; Gregory Herrera (Ret.) individually and in his capacity as an employee of Washoe County, by and through their respective undersigned counsel, hereby stipulate and agree that this action and all claims against Defendants Washoe County and its division the Washoe County Sheriff's Office, Darin Balaam, Cathy Hill, and Gregory Herrera, contained in

Plaintiff's *Third Amended Complaint and Jury Demand* (ECF No. 9) be dismissed, with prejudice, both sides to bear their own attorney's fees and costs.

DATED this 16th day of July, 2024.

By: __/s/ *Ronald J. Dreher*__
    Ronald J. Dreher, Esq.
    P.O. Box 6494
    Reno, NV 89513
    (775) 846-9804
    ron@dreherlaw.net
    *Attorney for Plaintiff*

By:__/s/  Michael W. Large__
    Christopher J. Hicks
    District Attorney
    Michael W. Large
    Deputy District Attorney
    One South Sierra Street
    Reno, NV 89501
    mlarge@da.washoecounty.gov
    (775) 337-5700
    *Attorney for Defendants*

## **ORDER**

IT IS SO ORDERED.

DATED this 17th day of July, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE